PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
DENISE N. YASINOW
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00301-TLN |
| Plaintiff, | |
| v. | |
| MISTY ORNELAS and JAIME ORNELAS, | STIPULATION AND PROTECTIVE ORDER |
| Defendants. | |

WHEREAS, the discovery in this case involves information, including documentation, photographs, audio recordings, and video recordings, related to alleged victims whose private financial and personally identifiable information may be compromised if such information were disclosed (the "Protected Information"); and

WHEREAS, the parties desire to have the Protected Information produced to undersigned defense counsel;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, MISTY ORNELAS, ("Defendant"), by and through her counsel of record, Mia Crager ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Chan Hee Chu, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

1   Criminal Procedure, and its general supervisory authority.

2         2.     This Order pertains to the Protected Information.  This Order also relates to any verbal

3   communications between the government and Defense Counsel.

4         3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any

5   documents, recordings, or other information, verbal or written, that contain Protected Information with

6   anyone other than defense investigators and support staff.  Defense Counsel may <u>not</u> permit Defendant

7   to review unsupervised un-redacted documents, recordings, or other information subject to this

8   protective order.  The parties agree that Defense Counsel, defense investigators, and support staff (the

9   "defense team") shall not allow Defendant or anyone else outside of the defense team to copy or retain

10  Protected Information contained in the discovery.  Defense counsel may permit Defendant to review and

11  possess discovery if it is redacted of protected information.

12        4.     The discovery and information therein may be used only in connection with the litigation

13  of this case and for no other purpose.  Defense Counsel will return the discovery to the government or

14  certify that it has been destroyed at the conclusion of the case, taking into account defense counsel's

15  ethical obligations.

16        5.     Defense Counsel will store the discovery in a secure place and will use reasonable care to

17  ensure that it is not disclosed to third persons in violation of this agreement.

18        6.     Defense Counsel shall be responsible for advising Defendant, employees, other members

19  of the defense team, and defense witnesses of the contents of this Stipulation and Order.

20        7.     In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to

21  withhold discovery from new counsel *unless and until* substituted counsel agrees also to be bound by

22  this Order.

23        8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or

24  revoked.  Defense Counsel agrees to return the discovery to the Government in its complete form if the

25  ///

26  ///

27  ///

28  ///

1  terms of this Order are modified or revoked if so requested by the United States.

2        IT IS SO STIPULATED.

3                                          Respectfully submitted,

4                                          PHILLIP A. TALBERT
   United States Attorney

5

6  Date:  December 11, 2023          */s/ Chan Hee Chu*
                                         CHAN HEE CHU

7                                        Assistant United States Attorney
                                         Attorney for Plaintiff

8

9                                        HEATHER E. WILLIAMS
                                         Federal Defender

10

11  Date: December 11, 2023          */s/ Mia Crager*
                                          MIA CRAGER

12                                        Assistant Federal Defender
                                          Attorney for Defendant

13                                        MISTY ORNELAS

14

15

16        IT IS SO ORDERED.

17  Dated:  December 11, 2023

18

19

20                                      DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28