OLAF WILLIAM HEDBERG
Law Office of Olaf W. Hedberg
901 H Street
Suite 301
Sacramento, CA 95814
916-447-1192
Email: ohedberg@yahoo.com

Attorney for Defendant
JAIME ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00301-DC |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| JAIME ORNELAS, | ) |
| Defendant. | ) Date: Novem,ber 7, 2024<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dena Coggins |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Chan Hee Chu, attorney for Plaintiff and Counsel Olaf William Hedberg, attorney for Defendant JAIME ORNELAS that the status conference, currently scheduled for November 7, 2024, be continued to January 10, 2025 at 9:30 a.m.

   Defense counsel recently received additional discovery, totaling thousands of pages as well as dozens of audio and other multimedia files.  Counsel will need time to review it and discuss it with his client.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

   The parties are actively engaged in plea negotiations and Defense cousel anticipates receiving a proposed plea agreement soon. Defese counsel will then need time to review that proposed plea agreement with his client.

Stipulation and [Proposed] Order to Continue             -1-
Status Conference

Further, the recent reassignment of this matter to newly-appointed District Court Judge Dena Coggins has made the current date of Thursday, November 7, 2024 incosistant with the new Judicial calendar.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 10, 2025   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and continuity of counsel.

This is the second continuance requested in this case.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 15, 2024

/s/ *Olaf W. Hedberg*
OLAF WILLIAM HEDBERG
Attorney for Defendant
JAIME ORNELAS

Dated: October 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 10, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 7, 2024 status conference shall be continued until January 10, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena Coggins.

IT IS SO ORDERED.

Dated:   **October 17, 2024**   

Dena Coggins
United States District Judge