The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com



FILED

JAN 0 8 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

JAIME ORNELAS

Case Number: 23-CR-301 DC

**SUBSTITUTION OF COUNSEL**

It is respectfully requested that Attorney Olaf Hedberg be relieved as attorney of record in this matter and that attorney Michael D. Long, 901 H St. Suite 301 Sacramento, CA telephone number (916) 201-4188 be substituted in as appointed counsel for Jaime Ornelas. Mr. Ornelas continues to qualify for appointed counsel.

Dated January 8, 2025

_____
Olaf Hedberg, Attorney

1

I accept the substitution and ask to be appointed.

Dated January 8, 2025

_____
Michael Long, Attorney

I accept this substitution

Dated: January 8, 2025

_____
Jaime Ornelas, Defendant

ORDER

IT IS SO ORDERED

DATED 1/8/25

_____
HON. DENA COGGINS
UNITED STATES DISTRICT COURT JUDGE