MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAIME ORNELAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>JAIME ORNELAS,<br>        Defendant. | ) No. 2:23-cr-301 DC<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Requested date: 2-7-2025<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dena Coggins |

==============================)

It is hereby stipulated between the parties, Chan Hee Chu, Assistant United States Attorney and Michael D. Long, attorney for defendant JAIME ORNELAS, that the status conference set for January 10, 2025, at 9:30 a.m. should be continued and re-set for February 7, 2025, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  On January 8, 2025, Mr. Hedberg introduced Mr. Ornelas to Mr. Long and Mr. Long then met with Mr. Ornelas.  Mr. Hedberg will provide all discovery to Mr. Long.  Mr. Long will need time to review the discovery and the rest of the file and then meet with Mr. Ornelas.  Mr. Ornelas is housed in Taft, California.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on February 7, 2025.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through January 10, 2025.

All parties request the date of February 7, 2025, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to February 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 8, 2025                               Respectfully submitted,

                                                      /s/ Michael D. Long
                                                      MICHAEL D. LONG
                                                      Attorney for Jaime Ornelas


Dated:  January 8, 2025                               PHIL TALBERT
                                                      United States Attorney

                                                      /s/ Chan Hee Chu
                                                      CHAN HEE CHU
                                                      Assistant U.S. Attorney

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for February 7, 2025, at 9:30 a.m., in Courtroom 8 before District Court Judge Dena Coggins.

Time is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new hearing date of February 7, 2025.

IT IS SO ORDERED.

Dated:   **January 8, 2025**

_____
Dena Coggins
United States District Judge