MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAIME ORNELAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME ORNELAS,<br>　　　　　　　Defendant. | ) No. 2:23-cr-301 DC<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Requested date: 3-21-2025<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dena M. Coggins |

==============================)

It is hereby stipulated between the parties, Chan Hee Chu, Assistant United States Attorney and Michael D. Long, attorney for defendant JAIME ORNELAS, that the status conference set for February 7, 2025, at 9:30 a.m. should be continued and re-set for March 21, 2025, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  On January 8, 2025, Mr. Hedberg introduced Mr. Ornelas to Mr. Long and Mr. Long then met with Mr. Ornelas.  Mr. Hedberg has provided all discovery to Mr. Long (over 7,700 pages of discovery, plus many audio and video recordings and many spreadsheets).  Mr. Long will need time to review the discovery and the rest of the file and continue to meet with Mr. Ornelas.  Mr. Ornelas is housed in Taft, California.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on March 21, 2025.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through February 7, 2025.

All parties request the date of March 21, 2025, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to March 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 16, 2025                                Respectfully submitted,

                                                        /s/ Michael D. Long
                                                        MICHAEL D. LONG
                                                        Attorney for Jaime Ornelas

Dated:  January 16, 2025                                MICHELE BECKWITH
                                                        Acting United States Attorney

                                                        /s/ Chan Hee Chu
                                                        CHAN HEE CHU
                                                        Assistant U.S. Attorney

///

///

ORDER

Good cause appearing, the Status Conference set for February 7, 2025 is RESET for March 21, 2025, at 9:30 a.m., in Courtroom 8 before District Court Judge Dena M. Coggins.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded through the new hearing date of March 21, 2025.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Dena Coggins
United States District Judge