MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JAIME ORNLEAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:23-301 DC |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER FOR A NEW SENTENCING DATE |
| JAIME ORNLEAS, | ) OF JULY 18, 2025 |
| | ) |
| Defendant. | ) Judge: Hon. Dena Coggins |
| ==============================) | |

     The court is not available on the currently set sentencing date of July 11, 2025. Michael Long, on behalf of defendant Jaime Ornelas, and AUSA Chan Hee Chu, on behalf of the United States Attorney's Office, both agree to continue the sentencing by one week to July 18, 2025. USPO Sarah Brown, on behalf of the United States Probation Office, has no objection to the requested continuance to July 18, 2025. The PSR schedule will remain unchanged.

Dated:  May 13, 2025                                  Respectfully submitted,

                                                                        /s/ Michael D. Long
                                                                        MICHAEL D. LONG
                                                                        Attorney for Jaime Ornleas

Dated:  May 13, 2025                                  MICHELE BECKWITH
                                                                        Acting United States Attorney

                                                                        /s/ Chan Hee Chu
                                                                        CHAN HEE CHU
                                                                        Assistant U.S. Attorney

ORDER

Good cause appearing, the parties' stipulated request to continue is GRANTED. Accordingly, the Sentencing Hearing as to Jaime Ornelas set for July 11, 2025 is VACATED and RESET for July 18, 2025, at 9:30 a.m. in courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **May 14, 2025**

Dena Coggins
United States District Judge